EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br><br> Manuel Santiago Tirado | 2010 TSPR 49 <br><br> 178 DPR _____ |
| --- | --- |

Número del Caso: TS-5199

Fecha: 7 de abril de 2010

Abogado de la parte peticionaria:

      Por derecho propio

Materia: Reinstalación al Ejercicio de Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re*



TS-5199

Manuel A. Santiago Tirado




RESOLUCIÓN

San Juan, Puerto Rico, a 7 de abril de 2010

Atendida la *Moción Informativa* presentada por la Lcda. Lourdes I. Quintana Lloréns, Directora de la Oficina de Inspección de Notarías, así como el Informe que la acompaña relacionado con la obra notarial del Lcdo. Manuel A. Santiago Tirado, del cual surge que el licenciado Santiago Tirado subsanó de forma diligente y responsable las deficiencias señaladas, se autoriza la reinstalación del Lcdo. Manuel A. Santiago Tirado al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo